# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALVON SHONEER SURRELL, SR.,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 74111

FILED

NOV 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-41088

cc: Hon. Jerome M. Polaha, District Judge
Washoe County Alternate Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk